# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD W. HOLTON

NO. 2020 KW 0757

**NOVEMBER 09, 2020**

In Re:  Donald W. Holton, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 17863.

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED** for the purpose of transferring relator's "Petition for Writ of Mandamus and Rule to Show Cause" to the district court to be properly filed as a civil proceeding, and reconsidered by the district court as a civil matter under the Public Records Law, La. R.S. 44:1, et seq. Pursuant to La. R.S. 44:31 and 44:32, relator previously made two requests to examine records with the custodian of the records, the District Attorney's Office. Relator then followed La. R.S. 44:35(A) by filing a writ of mandamus with the district court regarding this matter. Should relator prevail, he should be prepared to pay the regular service fees for copies of the documents. After the district court rules in the civil proceeding, relator may seek an appeal of the district court's action, if he desires. See La. R.S. 44:35(C). See also **State ex rel. McKnight v. State,** 98-2258 (La. App. 1st Cir. 12/3/98), 742 So.2d 894, 895 (per curiam).

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT